**FILED**

MAY 2 9 2009

RECEIVED

CMFR 27 FH 2:21

RICHARD W. WIEKING

1    **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2    Name _Isgrigg III        Richard_                        _____
              (Last)              (First)              (Initial)

4    Prisoner Number _K-78618_                          **(PR)**

5    Institutional Address _P.O. BOX 290066, CSP-Sac, Represa, CA 95671-0066_

7                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**

8    _Richard Lawrence Isgrigg III_  **C 09    02391 JW**
9    (Enter the full name of plaintiff in this action.)

10                   vs.                          Case No. _CV-06-07618-JW_
                                                  (To be provided by the Clerk of Court)
11   _COCR, Susan Hubbard, Mike S. Evans_
                                                  **COMPLAINT UNDER THE**
12   _Herrara, Jordan, J. Lewis, M.P. Moore II_   **CIVIL RIGHTS ACT,**
                                                  **Title 42 U.S.C § 1983**
13   _Pounder, Dr. Torres, R.C. Ransom, C._       **AMENDED**
14   _Walker Lt. Sotelo, Sgt. Nuckles et al.,_    **complaint**
     (Enter the full name of the defendant(s) in this action)

16   **[All questions on this complaint form must be answered in order for your action to proceed..]**

17   I.    Exhaustion of Administrative Remedies.

18         **[Note:** You must exhaust your administrative remedies before your claim can go

19         forward. The court will dismiss any unexhausted claims.]

20         A.    Place of present confinement _CSP-Sacramento_

21         B.    Is there a grievance procedure in this institution?

22               YES (X)    NO ( )

23         C.    Did you present the facts in your complaint for review through the grievance

24               procedure?

25               YES (X)    NO ( )

26         D.    If your answer is YES, list the appeal number and the date and result of the

27               appeal at each level of review. If you did not pursue a certain level of appeal,

28               explain why.

COMPLAINT                          - 1 -

1. Informal appeal _No! Attempted but was time_
_bared not Met. Explained in a reasonible_
_dilligece for it and asked for late filing._

2. First formal level _N&A (see above)_

_____

_____

3. Second formal level _N/A (see above)_

_____

_____

4. Third formal level _N/A (see above_

_____

_____

E.    Is the last level to which you appealed the highest level of appeal available to

you?

        YES (X)    NO ( )

F.    If you did not present your claim for review through the grievance procedure,

explain why. _____

_____

_____

II.    Parties.

A.    Write your name and your present address.  Do the same for additional plaintiffs,

if any.

_Richard Lawrence Isgrigg III, P.O. Box 290066, CSP-Sac_
_Represa, CA 95671-0066_

_____

B.    Write the full name of each defendant, his or her official position, and his or her

place of employment.

_Susan Hubbared, Director; Mike S. Evens, Warden_

**COMPLAINT**                    - 2 -

1  Herrera coBRectional counselr II (CCII) Jordan CCI
2  J. Lewis Facility Caption (F.C.) M.P. Moore III Associate Warden
3  Pounder F.C., Torres Doctor, Ranson F.C., Walker Lt, Sotelo Sgt,
4  Nuckles Sgt, Winn CCII, Powell C/O, Tankersly C/O, Lang C/O, Muchuco C/O
5  III.   Statement of Claim.  Media C/O, Gardino C/O. ↗ J. Dovey Director

6     State here as briefly as possible the facts of your case.  Be sure to describe how each
7  defendant is involved and to include dates, when possible.  Do not give any legal arguments or
8  cite any cases or statutes.  If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  On March 12, 2007 Excessive use of Force was committed by the
11  following staff in the following way, Correction officers
12  Media, Lang, Gardino, Muchuco, Powell and Tankersly had
13  assaulted my body by physical forece and in one incedent
14  Sgt. Nuckles kicked me in the genitals after Lang damaged
15  my left Knee Muchuco hit me (3) three time at the back
16  of my right head causing an egg size bump to rise up
17  and cause a Server Seizer on 3-13-07 at 6:00 Am,
18  Powell need me in one side, Media punched me
19  on my ② side, and Tankersly sock me in the side of
20  my face Doctor Torres, Ransom F.C., Pounder F.C., J. Lewis
21  F.C., Walker Lt, Sotelo sgt, Winn CCII, Herrera II, Jorden
22  CCI and Associate Warden Moore III did nothen to help me

23  IV.   Relief.

24     Your complaint cannot go forward unless you request specific relief.  State briefly exactly
25  what you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

26  Compasantery and Punitive Damages of
27  5 Million dollars of Serious Bodly injuries
28  incured by State Personnel of Emotional

COMPLAINT                                    - 3 -

1  Tramu, and Physical + Psychological Pain
2  & Suffern of damages. As well 6 legal
3  books that were thrown away and
4  other Personal Property.

5  I declare under penalty of perjury that the foregoing is true and correct.

6

7  Signed this 22 day of April , 2009

8

9  R. L. Iblsgrigg III

10  (Plaintiff's Signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                           - 4 -

MC–275

Name  Richard L. Issrigg

Address  Salinas Valley State Prison

P.O. Box 1050

Soledad, CA 93960-1050

CDC or ID Number  K-78618

# FILED

AUG 2 1 2007

LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
_____ DEPUTY

S. GARSIDE

Superior Court of California

in The County of Monterey
                (Court)

### PETITION FOR WRIT OF HABEAS CORPUS

Richard L. Issrigg
Petitioner

vs.

Department of Mental Health, et.al
Respondent

No.  HC 5880
(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

E-Filing, ProSe

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:06-cv-07618-JW
### Internal Use Only

Isgrigg v. CDC
Assigned to: Hon. James Ware
Case in other court: U.S District Court Eastern Dist. of Calif
(Sac), 2:06-CV-2720 GEB EFB
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/13/2006
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**
**Richard Lawrence Isgrigg**

represented by **Richard Lawrence Isgrigg**
K-78618
California State Prison - Sacramento
P. O. Box 290066
Represa, Ca 95671-0066
PRO SE

V.

**Defendant**
**CDC**

**Defendant**
**Director J. Dovey**

**Defendant**
**Mike S. Evans**

**Defendant**
**Herrarra**

**Defendant**
**Jordan**

**Defendant**
**J. Lewis**

**Defendant**
**Captain Moore**

**Defendant**

Pounder

**Defendant**

Torrez

**Defendant**

F.C Ransom

**Defendant**

Walker
*Lt.*

**Defendant**

Sotelo
*Sgt.*

**Defendant**

Nuckles

**Defendant**

Winn

**Defendant**

Powell

**Defendant**

Tankekersly

**Defendant**

Lang

**Defendant**

Muchuco

**Defendant**

Media

**Defendant**

Gardino

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2008 | 23 | Letter to Judge Thelton B. Henderson dated 12/8/08 re: Information of petition. (cv, COURT STAFF) (Filed on 12/19/2008) (Entered: 01/05/2009) |
| 08/29/2008 | 22 | Letter from Richard Isgrigg to Senior Judge Thelton B. Henderson. (Attachments: # 1 pro se prisoner envelope front and back)(cv, COURT STAFF) (Filed on 8/29/2008) (Entered: 08/29/2008) |
| | | |

| 07/02/2008 | 21 | Letter changing address and requesting copies from Richard Lawrence Isgrigg. (srm, COURT STAFF) (Filed on 7/2/2008) (Entered: 07/22/2008) |
| 05/07/2008 | 20 | Letter from Richard Isgrigg requesting Judge Henderson to review the 19 second amended complaint. (cv, COURT STAFF) (Filed on 5/7/2008) (Entered: 05/07/2008) |
| 05/07/2008 | 19 | SECOND AMENDED COMPLAINT against F.C Ransom, Walker, Sotelo, Nuckles, Winn, Powell, Tankekersly, Lang, Muchuco, Media, Gardino. Filed byRichard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 5/7/2008) (Entered: 05/07/2008) |
| 04/30/2008 | 18 | ORDER Granting 17 Motion second extension of time and granting access to law library. Plaintiff is granted a thirty (30) day extension up to and including **May 19, 2008** to file an amended complaint using the Court's form complaint. Plaintiff shall include the caption both the case of this action (No. C 06-07618 JW (PR)), and the phrase "AMENDED COMPLAINT." Plaintiff's request for an compelling prison officials to grant him access to the prison law library is GRANTED. Prison official shall grant plaintiff reasonable access to the law library. Please see Order for further specifics. Signed by Judge James Ware on 4/29/2008. (ecg, COURT STAFF) (Filed on 4/30/2008)(Clerk included one (1) copy of the Court's form Complaint in 1983 prisoner cases with Court's Order). (Entered: 04/30/2008) |
| 04/09/2008 | 17 | MOTION for an order requesting 30 day extension access law library and legal property be relinquished to me. filed by Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/14/2008) |
| 03/20/2008 | 16 | ORDER of Dismissal with Leave to Amend re 14 Amended Complaint filed by Richard Lawrence Isgrigg. Plaintiff is to file a SECOND AMENDED COMPLAINT within thirty (30) days using the Court's form civil rights complaint. Plaintiff is to include the Case Number C-06-07618 JW (PR) and the phrase "SECOND AMENDED COMPLAINT. If plaintiff fails to timely file an amended complaint, the complaint will be dismissed. The Clerk shall enclose two copies of the Court's form complaint, with instructions, to Plaintiff. Please see Order for further specifics. Signed by Judge James Ware on 3/19/2008. (ecg, COURT STAFF) (Filed on 3/20/2008) Modified on 8/29/2008 (cv, COURT STAFF). (Entered: 03/20/2008) |
| 08/02/2007 |  | (Court only) ***Motions terminated: 12 MOTION for Leave to File filed by Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 8/2/2007) (Entered: 08/02/2007) |
| 05/11/2007 | 15 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07. Copy mailed to counsel of record. (ecg, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/18/2007) |
|  |  |  |

| | | |
|---|---|---|
| 04/26/2007 | 14 | AMENDED COMPLAINT against J. Dovey, Mike S. Evans, Herrarra, Jordan, J. Lewis, Moore, Pounder, Torrez. Filed byRichard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 4/26/2007) (Entered: 05/02/2007) |
| 04/18/2007 | | Proposed Order for motion for CAC to render all legal work and motion to notice the appropriate courts of transferred location by Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 4/18/2007) (Entered: 04/26/2007) |
| 04/06/2007 | | Remark - Clerk mailed to plaintiff copy of Order Granting Motion for Extension of Time ( 13 ) and 3 copies of Instructions and Complaint form for filing of a complaint by a prisoner under Civil Rights A 42 U.S.C. 1983 (bw, COURT STAFF) (Filed on 4/6/2007) (Entered: 04/06/2007) |
| 04/05/2007 | 13 | ORDER Granting Motion for Extension of Time re 12 signed by Judge James Ware on 4/5/7. (bw, COURT STAFF) (Filed on 4/5/2007) Additional attachment(s) added on 4/27/2007 (ecg, COURT STAFF). (Entered: 04/06/2007) |
| 02/12/2007 | 12 | MOTION for Leave to File Amended Complaint and motion for extension of time. filed by Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 2/12/2007) (Entered: 02/14/2007) |
| 01/18/2007 | 11 | ORDER by Judge James Ware Plaintiff's complaint is DISMISSED with leave to amend within 30 days from the date of his order. Andgranting 4 Motion compelling prison officials to grant him access to the prison law library, granting 6 Motion for Leave to Proceed in forma pauperis, denying 8 Motion to Appoint Counsel (cv, COURT STAFF) (Filed on 1/18/2007) Additional attachment(s) added on 1/24/2007 (ecg, COURT STAFF). (Entered: 01/23/2007) |
| 01/09/2007 | 10 | Letter from Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 1/9/2007) (Entered: 01/11/2007) |
| 01/09/2007 | 9 | Declaration of Richard Lawrence Isgrigg in Support of 8 MOTION to Appoint Counsel filed byRichard Lawrence Isgrigg. (Related document(s) 8 ) (cv, COURT STAFF) (Filed on 1/9/2007) (Entered: 01/11/2007) |
| 01/09/2007 | 8 | MOTION to Appoint Counsel filed by Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 1/9/2007) (Entered: 01/11/2007) |
| 01/03/2007 | 6 | MOTION for Leave to Proceed in forma pauperis;certificate of funds in prisoner's account;inmate trust account statement attached. filed by Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 1/3/2007) (Entered: 01/03/2007) |
| 12/28/2006 | 7 | Letter from Petitioner requesting a pro se packet. (cv, COURT STAFF) (Filed on 12/28/2006) (Entered: 01/03/2007) |
| 12/26/2006 | 5 | Declaration of Lawrence Isgrigg that all the paperwork and documents are true to the letter filed byRichard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 12/26/2006) (Entered: 12/28/2006) |
| 12/18/2006 | 4 | MOTION requesting PLU Statues filed by Richard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 12/18/2006) (Entered: 12/26/2006) |

| 12/14/2006 | 3 | Letter from Richard Lawrence Isgrigg in response to the Honorable Judge Edmond F. Brennen re: transferring case.. (cv, COURT STAFF) (Filed on 12/14/2006) (Entered: 12/15/2006) |
| 12/13/2006 | | (Court only) ***Set/Clear Flags (cv, COURT STAFF) (Filed on 12/13/2006) (Entered: 12/14/2006) |
| 12/13/2006 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (cv, COURT STAFF) (Filed on 12/13/2006) (Entered: 12/14/2006) |
| 12/13/2006 | 1 | Case transferred in from District of Eastern District (Sacramento); Case Number 2:06-CV-2720 GEB EFB P. Filed byRichard Lawrence Isgrigg. (cv, COURT STAFF) (Filed on 12/13/2006) (Entered: 12/14/2006) |

Staff complaint
P.C. 832.5

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

pg.

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | 7 |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

Misuse of force    3/12/2007

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| R.L. Isgrigg III | K-78618 | E.O.P. / P.S.U. | A2-1095 |

**A. Describe Problem:** On March 12, 2009 at about 11:00am I was assualted by Correctional Officer (C/O) Lang, C/O Muchacca and C/O Medina also Correctional Sergeat K. Nuckles. Higher officials Such as lieutenant Walker, captain Pounder and Associate Warden M.P. Moore III Facility, Captain G. Lewis also correctional Counsel II (CCII) F. Winn just stood by and allowed the assualt to happen while watching. Then a Mental Health Doctor Stood by and watched her name is Dr. Torrez she was there but she's not reliable to

If you need more space, attach one additional sheet. for following rules accordingly (see 602-HC)

APR 06 2009

RECD

**B. Action Requested:** I request $5,000,000.00 for Pain that was incured and Suffered over 23 months. Mental angish and psychological damage done by fear and intimidation by the then Green Wall

Inmate/Parolee Signature: R.L. Isgrigg III    RECD MAR 20 2009    Date Submitted: 3-11-09

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    **CDCR- 695**    CDC Appeal Number: _____
Board of Control form BC-1E, Inmate Claim

See Complaint

P.C. 832.5

STATE OF CALIFORNIA
**INMATE/PAROLEE HEALTH CARE**
**APPEAL FORM**
CDCR 602-HC (08/08)

P9
2

DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA PRISON HEALTH CARE SERVICES

Side 1

| Location: Institution/Parole Region | Log #: | Category: |
|---|---|---|
| 1. | 1. | |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. This form shall be used when the policy, action or decision being appealed involves health care services (medical, dental, or mental health). You must first informally seek relief through discussion with the appropriate staff member or by utilizing the health care service processes at your institution. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Health Care Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| R.L. Isgrigg III | K-78618 | E.O.P. / P.S.U. | A2-1095 |

A. Describe Problem: On March 12, 2009 at approximately About 11:00am
I was assualt by numureos officer in a cell exstraction
RN Turner was responsible for the body inspection RN
Turner did not catagorize Bruised Ribs right's Side a
Left blacken eye and a goose egg size lump on the back of
my right head. All because Lieutenant Walker to RN Turner
not to mark it down. And on March 13, 2007 at about 06:00am
I had a real bad seizur and had to be Taken to the ER
I'm already epileptic!

If you need more space, attach one additional sheet.

B. Action Requested: I request $5,000,000.00 for pain that was incured and suffered
over 23 months Mental anguish and psychological damage done by fear
and intimidation by the Green Wall

Inmate/Parolee Signature: R. L. Isgrigg III    Date Submitted: 3-11-09

C. INFORMAL LEVEL (Date Received _____)

Staff Response: _____

Date Returned to Inmate _____

Staff Signature: _____

D. FORMAL LEVEL:
If you are dissatisfied, explain below, attach supporting documents (Health Care Service Request Form, CDC 7362, Comprehensive Accommodation Chrono, CDC 7410, Trust Account Statement, etc.) and submit for processing to the Health Care Appeals Coordinator at your location within 15 days of receipt of response.

Inmate/Parolee Signature: _____    Date Submitted: _____

CDCR Appeal Number

PS 3

15 CCR §    Article 15. Use of Force and Restraining Device
                          Use of Force

3268    (a) (3). Definitions. Excessive Force: The use of more force then is object-
        ively reasonable to accomplish a lawful purpose


3271    Responsibility of Employees
        Every employee, regardless of his or her assignment, is responsible for
        the safe custody of the inmates confined in the institutions of the department.


3278    Control of Inmates and Parolees.
        Employees who supervise inmates and parolees must have training in physical control
        use of restraint equipment, and keep themselves in good physical condition. In
        addition, all employees who supervise inmates must have training designed to
        give them knowledge of emotional disturbances common to inmate and
        parolees, and understanding of their own feelings, and the use of such
        knowledge in ways, which will minimize the need for the use of physical
        force. Batons may be carried only as specifically authorized by
        the director.


3004    (a) (c) Inmates and parolees have the right to be treated respectfully,
        impartially, and fairly by all employees, Inmates and parolees have
        the responsibility to treat others in the same manner.
        Employees and Inmates may use first names in conversation with
        each other when it is mutually acceptable to both parties.

    (c) Inmates, parolees and employees will not subject others persons to
        any form of discrimination because of race, religion, nationallity, sex,
        political belief, age, or mental handicap.


3085    (c) other provision pertaining to Inmate or parolee appeals not addressed in this Sec
        shall apply.

Pg 4

15CCR§3391  EMPLOYEE Conduct

(a) Inmates and Parolees shall be addressed by their proper names and never by derogatory or slang Reference. Employees shall not use indecent, abusive, Profane, or otherwise improper language while on duty. Irresponsible or unethical Conduct or conduct reflecting discredit on themselves or the department either on or off duty shall be avoid by all employees.

~~3350~~       Article 8  Medical & Dental Services

15 CCR§3350 (a) The department shall only provide medical Services for inmates, which are based on medical necessity and Supported by outcome data as effective medical care. In absence of available outcome data for a specific case, treatment will be based on the judgement of the Physician that the treatment is considered effective for the purpose intended and is Supported by diagnostic information and Consultation with appropriate Specialists. Treatment for conditions, which otherwise might be excluded, may be allowed pursuant to Section 3350.1(d)(A)(2).

(b) For the purpose of this article, the folling definitions apply:

(1) Medical Necessity means health care services that are determined by the attending physician to be reasonable and necessary to protect life, Prevent Significant illness or disability, or alleviate severe Pain, and are Supported by health outcome data as being effective medical care.

CA. St. Prison

Case 5:06-cv-07618-JW     Document 26-2     Filed 04/27/2009     Page 5 of 9

## INMATE / PAROLEE APPEAL SCREENING FORM

CDCR-695

INMATE: 591|99     CDC#: K-78618     CDC HOUSING: ☐ A2|09

~~THIS IS NOT AN APPEAL RESPONSE – THIS APPEAL IS EITHER REJECTED FOR REASONS NOTED~~
~~BELOW OR RETURNED TO YOU TO ATTACH SUPPORTING DOCUMENTS.~~

CSP-SAC

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS.

| | | | | | |
|---|---|---|---|---|---|
| 1 | ☐ | Action Sought Under BPH Jurisdiction | 18 | ☐ | Incomplete Appeal - Documents Not Attached |
| 2 | ☐ | Action Sought Under Sentencing Court Jurisdiction | 19 | ☐ | Incomplete 602 - Complete Next Appropriate Section |
| 3 | ☐ | Action/Decision Not Taken by CDCR | 20 | ☐ | Incomplete 602 - Sign and Date Appropriate Section |
| 4 | ☐ | Appeal Issue & Reasonable Accommodation Not 1824 | 21 | ☐ | Incomplete Disciplinary Appeal - Missing Documents |
| 5 | ☐ | Appeal Matter to VCGCB | 22 | ☐ | Incomplete Property Appeal - Missing Documents |
| 6 | ☐ | Appeal Previously Received and in Progress | 23 | ☐ | Limit of One Continuation Page May Be Attached |
| 7 | ☐ | Appeal Process Abuse - Failure to Cooperate | 24 | ☐ | May Submit One (1) Non-Emergency Appeal Per Week |
| 8 | ☐ | Appeal Process Abuse - False Information/Profanity | 25 | ☐ | No Adverse Effect Demonstrated |
| 9 | ☐ | Appeal Process Abuse - Pointless Verbiage | 26 | ☐ | No Attempt to Resolve at Informal Level |
| 10 | ☐ | Appealing an Action Not Yet Taken | 27 | ☐ | Not a Request Form; Use CDC Form 7362 |
| 11 | ☐ | Attempting to Change Original Appeal Issue | 28 | ☐ | Not Authorized to Bypass Any Level |
| 12 | ☐ | Cannot Submit on Behalf of Another Inmate | 29 | ☐ | Only Supporting Documentation Shall Be Attached |
| 13 | ☐ | Complete at Second Level; Complete Section H (DLR) | 30 | ☐ | Request For Interview; Not an Appeal |
| 14 | ☐ | Do Not Combine Staff Complaints With Other Issues | 31 | ☐ | Requested Appeal Withdrawn |
| 15 | ☐ | DRB Decisions Are Not Appealable | 32 | ☐ | Requested Action Already Taken |
| 16 | ☐ | Duplicate Appeal - Same Issue | 33 | ☐ | Submit Issue to Assigned Parole Office |
| 17 | ☐ | Failed to Provide Necessary Copies of Chrono(s) | 34 | ☒ | Time Constraints Not Met  4/7/09 |

### PLEASE FOLLOW INSTRUCTIONS AND RETURN YOUR CDC 602 WITHIN 15 WORKING DAYS.

### PLEASE ATTACH AS NOTED BELOW:

| | | |
|---|---|---|
| ☐ CDC 115/Hearing Officer's Results | | ☐ CDC 128C Medical Chrono |
| ☐ CDC 115 with IE/DA Information | | ☐ CDC 1819 Denied Publications |
| ☐ Supplemental Records to CDC 115 | | ☐ CDC 128 A |
| ☐ CDC 1030 Confidential Disclosure | | ☐ CDC 128 B |
| ☐ CDC 114D Lockup Order | | ☐ CDC 128 G CSR Endorsement Chrono |
| ☐ CDC 128G ICC/UCC | | ☐ Receipts |
| ☐ Trust Account Statement | | ☐ See Comments Below |

**Comments:** You may write on back of this form to clarify or respond to the above. 3/11/09   2007 allegation

_____

_____

_____

Informal appeal processing; to resolve an appeal at the informal level, you must use the designated appeal boxes located in your housing unit or you may send your appeal to your Facility Program Office Attn: Facility Captain. Please do not send appeals requiring an informal response to the Appeals Office. The SVSP Appeals Office does not handle or process informal level appeals. Refer to 3/17/06 Warden's memo "Informal Appeals Process" and 7/31/08 Warden's memo "Appeal Process for Submission of Medical and Non-Medical Appeals"

_____        _____3/29/07_____
E. Medina                                                          Date
Appeals Coordinator
Salinas Valley State Prison

This screening action may not be appealed. If you allege the above reason is inaccurate, then attach an explanation on a separate piece of paper, or use the back of this screen out – **DO NOT WRITE ANY MORE ON THE APPEAL ITSELF.** Please return this form to the Appeals Coordinator with the necessary information attached.

OVER
→

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

Im not understanding Rules, Regulations and State Plus federal laws were violated causing great Bodily Injury, Suffern (Physical/Mental) for 23 mon. and am still trying to function as normal as possible. Im taking more Psychatropic medication now then ever and am on the list to SVPP/DMH for further psychological counseling. Yet the ones who did (ie. Prison Guards) are going to get away with this act of Derelict Duty. Prison Guards are getting away with an act of violence that they would Pervent as a Public Service when recieving there Badge of "honor". Im requesten that this 602/Appeal be filed and forward according to CDCR 15 Rules and regulation as Stated; 15 CCR §§ 3084 Definition of Article 8 Appeals 3084.1 Right to Appeal. (a)(d)(e). 3085 Americans with Disability Act (c). Thank You!

4-2-09                    R.L. Isgrigg III

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVSP | D YARD/D2 | (USE OF FORCE) INJURY / UNUSUAL OCCURRENCE | | PRE AD/SEG ADMISSION | 3/12/07 |

| THIS SECTION FOR INMATE ONLY | NAME | LAST | FIRST | | |
|---|---|---|---|---|---|
| | | ISGRIGG, RICHARD | | CDC NUMBER: 1C78618 | HOUSING LOC.: D2-122 |

| | | LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME | | | | | |

| THIS SECTION FOR VISITOR ONLY | NAME | LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|---|
| | HOME ADDRESS | | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | |
|---|---|---|---|---|---|
| D2-122 | 3/12/07 | | | | |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL (circle) LITTER WHEELCHAIR AMBULATORY (ON SITE) | AGE | RACE: WT | SEX: MAL |
|---|---|---|---|---|---|---|
| 1450 | 1450 | | | | | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"I'M GOING TO GET YOU MOTHER FUCKERS"

| INJURIES FOUND? | YES/NO | |
|---|---|---|
| Abrasion/Scratch | | 1 |
| Active Bleeding | | 2 |
| Broken Bone | | 3 |
| Bruise/Discolored Area | | 4 |
| Burn | | 5 |
| Dislocation | | 6 |
| Dried Blood | | 7 |
| Fresh Tattoo | | 8 |
| Cut/Laceration/Slash | | 9 |
| O.C. Spray Area | | 10 |
| Pain | | 11 |
| Protrusion | | 12 |
| Puncture | | 13 |
| Reddened Area | | (14) |
| Skin Flap | | 15 |
| Swollen Area | | 16 |
| Other | | 17 |
| | | 18 |
| | | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |



| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| 1450 | 1450 |

| TIME/DISPOSITION | |
|---|---|
| 1455 | SMBL |

REPORT COMPLETED BY/TITLE    (PRINT AND SIGN)    BADGE #: 2564382    RDOs: SAT SUN

L. TURNER RN    [signature] Turner RN

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDCR 7219 (Rev. 11/05)    DISTRIBUTION:    ORIGINAL - Custody    CANARY - Inmate/Employee    PINK - Health and Safety / RTW Coordinator (only work related injury)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | ON THE JOB INJURY | DATE |
|---|---|---|---|---|
| SVSP | D YARD / D-2 | USE OF FORCE  INJURY  UNUSUAL OCCURRENCE | PRE AD/SEG ADMISSION | 3/12/07 |

| THIS SECTION FOR INMATE ONLY | NAME LAST   FIRST | | |
|---|---|---|---|
| | ISCRIGG, RICHARD | CDC NUMBER K-78678 | HOUSING LOC. D2-127 | NEW HOUSING LOC. |
| | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |

| THIS SECTION FOR STAFF ONLY | NAME LAST   FIRST   MIDDLE | DOB | OCCUPATION |
|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME LAST   FIRST   MIDDLE | | |
|---|---|---|---|
| | HOME ADDRESS   CITY   STATE   ZIP | HOME PHONE | |

| PLACE OF OCCURRENCE D2-122 | DATE/TIME OF OCCURRENCE 3/12/07 | NAME OF WITNESS(ES) | |
|---|---|---|---|

| TIME NOTIFIED 1240 | TIME SEEN 1247 | ESCORTED BY | MODE OF ARRIVAL (circle)  LITTER  WHEELCHAIR  AMBULATORY  ON SITE | AGE | RACE WHT | SEX MALE |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

| INJURIES FOUND? YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |



ABRASION
SPRAY MARKS ON CLOTHES

| RN NOTIFIED/TIME 1240 | PHYSICIAN NOTIFIED/TIME 1240 | | | |
|---|---|---|---|---|
| TIME/DISPOSITION 1242 | REPORT COMPLETED BY/TITLE (PRINT AND SIGN)  L. TURNER  Turner RN | | BADGE # 286482 | RDOs SAT SUN |

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDCR 7219 (Rev. 11/05)    DISTRIBUTION:    ORIGINAL - Custody    CANARY - Inmate/Employee    PINK - Health and Safety / KTW Coordinator (only work related injury)

Case 5:06-cv-07618-JW    Document 26-2    Filed 04/27/2009    Page 9 of 9

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
## MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | INJURY | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| SVSP | D2 | USE OF FORCE | UNUSUAL OCCURRENCE | PRE AD/SEG ADMISSION | 5/12/07 |

| | NAME | LAST | FIRST | CDC NUMBER | HOUSING LOC. | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|
| THIS SECTION FOR INMATE ONLY | | GARCIA, JESUS | | P45907 | D2 101 | |

| THIS SECTION FOR STAFF ONLY | NAME | LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|---|
| | | | | | DOB | OCCUPATION |

| THIS SECTION FOR VISITOR ONLY | NAME | LAST | FIRST | MIDDLE | | |
|---|---|---|---|---|---|---|
| | HOME ADDRESS | | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) |
|---|---|---|
| D-2 101 | 3/12/07 | |

| TIME NOTIFIED | TIME SEEN | ESCORTED BY | MODE OF ARRIVAL (circle) LITTER WHEELCHAIR AMBULATORY ON SITE | AGE | RACE MEX | SEX M |
|---|---|---|---|---|---|---|
| 1138 | 1145 | | | | | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

"THE PRESIDENT OF THE UNITED STATES IS
LISTENING IN TO THIS"

| INJURIES FOUND?  YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

TO TEST SPOT

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| 1138 | 1138 |

| TIME/DISPOSITION | |
|---|---|
| 1145 | |

| REPORT COMPLETED BY/TITLE    (PRINT AND SIGN) | BADGE # | RDOs |
|---|---|---|
| L. TURNER  L. Turner | 286482 | SUN |

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDCR 7219 (Rev. 11/05)    DISTRIBUTION:    ORIGINAL - Custody    CANARY - Inmate/Employee    PINK - Health and Safety / RTW Coordinator (only work related injury)

STATE OF CALIFORNIA    NON-EMERGENCY    DEPARTMENT OF CORRECTIONS

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

Log No. 1. __O7-M__    Category __5__

1. __OTTA CASE__    2. ____    2. ____

Property
TRANSFER — SVSP
to CMF — DMH KCC
Ol

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| Richard L. ISGRIGG | K-78618 | D.M.H./Therapy | Q-120 |

A. Describe Problem: I'm requesting for my Legal Property that is one of my Constitutional Right: Under the First Amendment: To Peacably Asemble and redress the Government for Greivences. Also on legal Proceeders of P.C. 1370 Incompotent to Stand Trial, I'm to be Prepared for competen and sent back to court. I've also got a case in the U.S. District Court for the Northern District of California, of which I have to possess my legal Property to fight this civil suit with due delligence. CCR 15 §3000 Material Evidence which means Evidence which has substantial on matters in dispute and ligitimate and effective influnce on the decision of a case; 3/5/ Possession any manascript as defined in §3000 Remains the Property of the inmate who created it. It may be retained in the inmate's Possession.

If you need more space, attach one additional sheet.

B. Action Requested: To obtain and posses my legal Property and if Possiable all my Property Please, Thanks!

Inmate/Parolee Signature: _R. L. Isgrigg III_    Date Submitted: _April 30, 2007_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: ____

Staff Signature: ____    Date Returned to Inmate: ____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

____

Signature: ____    Date Submitted: ____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim.

RECEIVED
MAY 0 1 2007
CMF
INMATE APPEALS

APR 3 0 2007

CDC Appeal Number: ____

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | _____ | 1. _____ | _____ |
| 2. | _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Richard Lawrence Isgrigg III | K-78618 | DMH/SVPP | A-09 |

A. Describe Problem: This is a copy of the 602 Appeal thats been lost by S.V.S.P. Staffing which was for CCR 15§ 3193 Liability of my property being lost or damage by ad-seg staff for it can't be found anywhere, Because of the negligence of the S.V.S.P. Staffing in the losing of my 602 Appeal at the first level Im filing this 602 Appeal under staff CCR 15 § 3084.7(c)(2)(A)(4)(A) Exception to the Appeal Process for lost and damage personel property, Replacement or restoration of property, An attempt shall be made by staff to substitute for or replace lost property by local resources at no cost to the state, Reimbursment for lost shall not exceed the limit imposed by property procedures and regulation Subchapter 2, Article 9 Personel Property reimbursment for $100.00 or less require endorsement at either second or third level of review

If you need more space, attach one additional sheet.

B. Action Requested: Im requesting the replacement of my ad-seg property thats been lost by S.V.S.P. ad-seg staff, I request it be replaced fully item for item!

Inmate/Parolee Signature: R.L. Isgrigg III                    Date Submitted: 8-13-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____                    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____                    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed                    CDC Appeal Number: _____
Board of Control form BC-1E, Inmate Claim

§3160 Inmate ACCESS to courts (a) Inmate access to courts shall not be obstructed. Staff shall not in any way retaliate against or discipline any inmate for initiating or maintaining a lawsuit. I'm not sure if C/o Gonzales from Salinas valley ever deliverd my personal Propery here to Vacaville C.M.F. or if he could find it at Salinas valley at all. C/o Gonzales is a Transport officer for Salinas valley's R&R who brought me here on April 4, 07. But April 6, 07 he said he'll be coming back up here and he'd bring my property then I know no known reason for C/o Gonzales to lie to me, he's a Proffesional and Compate Correctional officer. I'm requesting for this appeal to be granted as an EMERGENCY Appeal under CCR 15 § 3084.7 (a) So I can me my Court deadline please Thanks.

| | |
|---|---|
| | Thermal TOP 1 |
| Law Books missing: | Thermal Bottoms 1 |
| | Jergens Soap 2 |
| Geogetown Law Journel | VO5 Shampoo 1 |
| The California State Prisoners Handbook | Colegate Toothpast 1 |
| The Habeas Corpus Manual | Deoderent 1 |
| Blacks Law Dictionary | TOP Ramen Soups 12 |
| Research in a Nutshell | Nacho chips 2 |
| Jailhouse Lawyers Handbook | Chili cheese chips corn 2 |
| | Folgers 1 |
| Also Book missing | Addvess Book 1 |
| Webster Dictionary | Personal letters Papers Photos |
| Roget's Thesaures | Personel Shoes 1 |
| Holy Bible King James Version | Personel Knee brace |

Salinas Valley State Prison

08/02/2007

**CALIFORNIA DEPARTMENT OF CORRECTIONS**
**Inmate/Parolee Appeals Tracking System - Level I & II**

**Appeal Listing**

**Sorted By: CDC Number**

| CDC Number | Appellant Name | Area Of Origin | Issue | Log Number | Group Appeal |
|---|---|---|---|---|---|
| K78618 | ISGRIGG, R | CMF/VACAVILLE | MAIL | SVSP-I-07-02488 | |
| **Level I Review:** ISGRIGG, R **Received:** 05/30/2007 **Due:** 07/12/2007 **Completed:** 06/15/2007 | | | | **Disposition:** WITHDRAWN | |
| K78618 | ISGRIGG, R | CMF/VACAVILLE | PROPERTY | SVSP-I-07-0252? | |
| **Level I Review:** ISGRIGG, R **Received:** 06/04/2007 **Due:** 07/17/2007 **Completed:** 07/19/2007 | | | | **Disposition:** LOST | |
| K78618 | ISGRIGG, R | FAC. D 5 | STAFF COMPLAINTS | SVSP-D-07-02635 | |
| **Level I Review:** ISGRIGG, R **Received:** 06/11/2007 **Due:** 07/24/2007 **Completed:** 07/25/2007 | | | | **Disposition:** GRANTED IN PART | |
| K78618 | ISGRIGG, R | FAC. D 5 | STAFF COMPLAINTS | SVSP-D-07-02799 | |
| **Level I Review:** ISGRIGG, R **Received:** 06/25/2007 **Due:** 08/07/2007 **Completed:** 06/28/2007 | | | | **Disposition:** SCREENED OUT | |
| K78618 | ISGRIGG, R | FAC. D 5 | MEDICAL | SVSP-D-07-03098 | |
| **Level I Review:** ISGRIGG, R **Received:** 07/13/2007 **Due:** 08/24/2007 **Completed:** | | | | **Disposition:** | |
| K78618 | ISGRIGG, R | FAC. D 5 | ADA | SVSP-D-07-03134 | |
| **Level I Review:** ISGRIGG, R **Received:** 07/17/2007 **Due:** 08/07/2007 **Completed:** | | | | **Disposition:** | |
| K78618 | ISGRIGG, R | FAC. D 5 | TRANSFER | SVSP-D- | |
| **Level I Review:** ISGRIGG, R | | | | | |

**Total: 32**

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 7-31-07 | TO ▮▮▮▮▮▮▮ | FROM (LAST NAME) ▮▮▮▮▮▮▮ | CDC NUMBER ▮▮▮▮▮▮ |
|---|---|---|---|

| HOUSING DMH | BED NUMBER A-009 | WORK ASSIGNMENT N/A | JOB NUMBER FROM N/A TO |
|---|---|---|---|
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | N/A | ASSIGNMENT HOURS FROM N/A TO |

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I Sent a 602 Appeal in on 7-2-07 thru C/O Herrarrea while I was in D5-118. I haven't gotten an Inmate Appeal Assignment notice on it. My Personel Property I came here with from NF5 on 3-16-06 had been damaged and misplaced under §3193 Liability

| INTERVIEWED BY | Appeal listing attached of Appeals received | DATE 8/2/07 |
|---|---|---|
| DISPOSITION | by SUSP Appeals Office. | |

Eloy Means

I'm able replacement of equal or greater value because it resulted from employee action. All I'm asking for is what I got comen do to the damage and mis placement of my property. Can you find out about that so I get back at me On a response to the questions possed about my Personel property I never got into the questions passed about my Personel property I never got into Since 3-16-06 when I arrived back into this institution Rrom O.T.C. Thanks

D'S 118

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE ISGRIGG, K78618                    Date: June 5, 2007
Current Housing: Q/120

From: **INMATE APPEALS OFFICE**

Re: APPEAL LOG NUMBER: SVSP-I-07-02528

ASSIGNED STAFF REVIEWER: **CA2**
APPEAL ISSUE: PROPERTY          **DUE DATE: 07/17/2007**

Inmate ISGRIGG, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

# EMERGENCY/NON-EMERGENCY

DATE: _5-14-07_

INMATE: _ISGrigg_      CDC # _K78618_

THIS MEMORANDUM IS YOUR NOTICE THAT YOUR APPEAL
DATED _4·30·07_.

_✓_ IS NOT DEEMED TO BE AN EMERGENCY APPEAL AND
WILL BE PROCESSED ACCORDING TO D.O.M. SECTION 54100.17
AND CCR SECTION 3084.7(a). IT WILL BE HANDLED UTILIZING
THE EXISTING CDC APPEAL PROCEDURES FOR NON-
EMERGENCY.

_____ HAS BEEN DESIGNATED AS AN EMERGENCY APPEAL PER
D.O.M. SECTION 54100.17 AND CCR SECTION 3084.7(a) AND WILL
BE PROCESSED ACCORDINGLY.

_M. Cry, CCII_

D. LEWIS / M. CRY, CCII
APPEALS COORDINATORS
CMF

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the INFORMAL Level

*May 14, 2007*

*ISGRIGG, K78618*    VIA SUSP  PSYCH+RETURN  DMH
*MIQ100000000120S*

Log Number: CMF-M-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your property appeal is incomplete. You must attach legible copies of all documents relative to ownership and loss/destruction of the property. For example: the Property Inventory Sheet, the CDC 143, Property Transfer Receipt, the cell search slip, and receipt(s).*

*BASED ON DIRECTIONS FROM THE DIRECTORS LEVEL OF APPEAL YOUR 602 HAS BEEN MAILED TO SVSP FOR THEIR REVIEW AND SCREENING. THE ISSUE OF LEGAL PROPERTY STORAGE SHALL BE ADDRESSED BY YOUR SENDING INSTITUTION. YOUR STATUS AT CMF IS TEMPORARY AS A PSYCH AND RETURN.*

Copy enclosed of your original.

M. Cruz, CCII

Appeals Coordinator
CALIFORNIA MEDICAL FACILITY

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

# INMATE APPEAL AS‹    MENT NOTICE

To: INMATE ISGRIGG, K78618                    Date: August 21, 2007
Current Housing: ~~D5/109~~  F I  B1 /

## From: **INMATE APPEALS OFFICE**

Re: APPEAL LOG NUMBER:  SVSP-A-07-03697

ASSIGNED STAFF REVIEWER: **CA2**
APPEAL ISSUE:  PROPERTY

### DUE DATE: **10/02/2007**

Inmate ISGRIGG, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response.  If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


**T. VARIZ, CC-II / E. MEDINA CC-II**
**Appeals Coordinators**
**Salinas Valley State Prison**

# EMERGENCY/NON-EMERGENCY

Q· 120·5

DATE: _5-14-07_

INMATE: _ISGnigg_    CDC # _K78618_

THIS MEMORANDUM IS YOUR NOTICE THAT YOUR APPEAL
DATED _4·30·07_

_✓_ IS NOT DEEMED TO BE AN EMERGENCY APPEAL AND
WILL BE PROCESSED ACCORDING TO D.O.M. SECTION 54100.17
AND CCR SECTION 3084.7(a). IT WILL BE HANDLED UTILIZING
THE EXISTING CDC APPEAL PROCEDURES FOR NON-
EMERGENCY.

_____ HAS BEEN DESIGNATED AS AN EMERGENCY APPEAL PER
D.O.M. SECTION 54100.17 AND CCR SECTION 3084.7(a) AND WILL
BE PROCESSED ACCORDINGLY.

M. Cry. CCII

D. LEWIS / M. CRY, CCII
APPEALS COORDINATORS
CMF

DB-122 √

MD  1/16
spec  1/18

# INMATE APPEAL ROUTE SLIP

**To:** CTC /STEVE          Date: December 7, 2006

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-06-03747** By Inmate **ISGRIGG, K78618**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: MEDICAL

          Due Date: **01/23/2007**

Special Needs:

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted**. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

# INMATE APPEAL ROUTE SLIP

**To: CTC** /Steve                              Date: January 30, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-06-03747**  By Inmate <u>ISGRIGG, K78618</u>

Please assign this appeal to appropriate staff for **SECOND** level response.

Appeal Issue:  MEDICAL

Due Date:  **02/27/2007**

Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level.
Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or
WITHDRAWN. When complete, return to Appeals Office. Appeals that are
incomplete will be returned to the responding staff for appropriate completion.
Refer to D.O.M. 54100 for instructions.

T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

12/07/2006 13:48  FAX 8316735539        INMATE APPEALS                    ☒02
Case 5:06-cv-07618-JW    Document 26-3    Filed 04/27/2009    Page 14 of 27

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SVSP | 06 03747 | 19. ADA |

DPP Code is N/A                    CTC-eval

NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered
under the Americans With Disabilities Act.

Medical device - Knee strap / sleeve

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Richard Lawrence Isgrigg | K-78618 | E.O.P. | N/A | D2-122L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individual with a disability
shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or
programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable
you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise
qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered
within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form
constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F"
of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision
rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on
the CDC 602.

RECD DEC 07 2006

**MODIFICATION OR ACCOMMODATION REQUEST**

DESCRIPTION OF DISABILITY:

PatelloFemoral Pain Syndrome on ℝ Knee which I had Surgery
on and reinjured and still have Problems with chronic Pain

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

It's all in my medical file's from when I first got locked up
in October of 1997.

DESCRIBE THE PROBLEM:

I have Pain in my Knee behind the Knee-cap and a weak
Quadriceps muscle and I have a grinding and PoPing sound in
it.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

I would Like for my infrapatEllar strap and neoPrene Knee
sleeve which the last doctor in the begining of November
Perscribed for me as well as Physical Therapy to be given to me
to help make sure I don't reinjer my knee ℝ again like so many other
times I have. Thanks!

_Rich Isgrigg_                    12-06-06
INMATE/PAROLEE'S SIGNATURE            DATE SIGNED

12/07/2006 13:46  FAX 8316785539                    INMATE APPEALS                    ☒ 01

# INMATE APPEAL ROUTE SLIP

**To: CTC**                              Date: December 7, 2006

From: INMATE APPEALS OFFICE

Re: Appeal Log Number **SVSP-D-06-03747** By Inmate **ISGRIGG, K78618**

Please assign this appeal to appropriate staff for **FIRST** level response.

Appeal Issue: ADA

Special Needs:                       Due Date: **12/29/2006**

STAFF INSTRUCTIONS: **Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.**  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.


T. VARIZ, CC-II / E. MEDINA CC-II
Appeals Coordinators
Salinas Valley State Prison

# COMPREHENSIVE ACCOMMODATION CHRONO

A physician shall complete this form for inmates that require accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the expiration accommodation expires on the line. A new form shall be generated when a change to an accommodation is made, either upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations. They still apply. Chrono indicating permanent accommodations shall be honored centrally. This form shall be honored be a permanent at all institutions.

| | | | | |
|---|---|---|---|---|
| Permanent Wheelchair Access | P/T | Walk | P/T | |
| Lower Bunk | P/T | Single Cell (Sgt PSU to enter ___ ) | P/T | |
| Ground Floor Cell | P/T | Permanent OHU/ICTC (circle one) | P/T | |
| Continuous Powered Generator | P/T | | P/T | |

| | | | | |
|---|---|---|---|---|
| Shoes | P/T | Transport: (type) | P/T | |
| Contacts | P/T | Means(es) & Supplies | P/T | |
| Telephone Mechanic bag | P/T | Colostomy | P/T | |
| | P/T | Attachment | P/T | |
| | P/T | Other (specify) | P/T | |

| | | | | |
|---|---|---|---|---|
| | P/T | Therapeutic Diet (specify) | P/T | |
| | P/T | | P/T | |
| | P/T | Transport Vehicle with Lift | P/T | |
| | P/T | Medical Beard | P/T | |
| | | | P/T | |

☐ Yes  ☐ No

| INSTITUTION | SVSP | COMPLETED BY (PRINT NAME) | | TITLE | MD |
|---|---|---|---|---|---|
| SIGNATURE | | DATE | | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH | |
| | | 5/22/07 | | K78618 | |
| APPROVED / DENIED | | | | Isgrigg | |
| | | | | D6-127L | |

## COMPREHEN...  ...N CHRONO

| | P/T | |
|---|---|---|
| | P/T | |
| | P/T | |
| | P/T | |
| | P/T | |
| Contact... | P/T | |
| Hearing... | P/T | |
| Special... | | |
| | P/T | |
| Rx. Glasses | P/T | |
| Cotton Bedding | P/T | |
| Extra Mattress | | |
| Other | P/T | |
| Therapeutic Diet... | | |
| | P/T | |
| | P/T | |
| | P/T | |

R 78618
ISGRIGG,

## COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall _____ of an inmate _____ an accommodation due to a medical condition. Circle P if the accommodation is to be _____ permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date that the accommodation expires on the line. A new form shall be generated when a change in an accommodation is required and _____ renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be _____ annually. This form shall be honored as a permanent chrono at all institutions.

| | | | | |
|---|---|---|---|---|
| | | Bunk | P/T | |
| Ground Floor/Wheelchair Access | P/T | Single Cell (See _____ date: ____ ) | P/T | |
| Single Floor Cell | P/T | Permanent OHU / CTC (circle one) | P/T | |
| _____ Barred Corridor | P/T | Other _____ | P/T | |

| | | | | |
|---|---|---|---|---|
| | | Wheelchair (type) | P/T | |
| | P/T | Colostomy _____ Supplies | P/T | |
| | P/T | Hearing Aid | P/T | |
| | P/T | Special Garment: | | |
| Cane (type) *No Cane* | P/T | (specify) _____ | P/T | |
| | P/T | Glasses: | P/T | |
| _____ Ostomy Supplies | P/T | Cotton Bedding | P/T | |
| | | Extra Mattress | P/T | |
| | | Other | P/T | |

| | | | | |
|---|---|---|---|---|
| | | _____ (Non-specify) | P/T | |
| | P/T | _____ | P/T | |
| _____ will assist or lift the inmate for _____ _____ elements of personal hygiene. | P/T | Transport Vehicle with Lift | P/T | |
| | | Short Beard | P/T | |
| _____ Accessible Table | P/T | Other | P/T | |

_____ _____ _____ _____ _____? ☐ Yes ☐ No

| INSTITUTION | PRINT NAME | TITLE |
|---|---|---|
| *Sv.Pp* | *B.S.I* | |
| SIGNATURE | DATE | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| | | CDI  *K79618* |
| | | CDC  *Isgrigg* |
| CIRCLE ONE   APPROVED / DENIED | | *3/4/74* |

2nd

# MEDICAL APPEAL

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category

1. _SUSP D-_    1. _06-03747_    (8)

2. ___    2. ___    CTC ~~#~~

You may appeal any policy, action or decision which has a significant adverse effect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly. _Medical Appeal - not rec'd_

NAME _Sgt. 99 Richard_    NUMBER _K-78618_    ASSIGNMENT    UNIT/ROOM NUMBER

**A. Describe Problem:** _Converted from ADA → Non ADA_
_See attached 1824 dated 12-6-06_

_Issue: Medical device not delivered_

If you need more space, attach one additional sheet.    _MA    CC D    12-7-06_

**B. Action Requested:** ___

Inmate/Parolee Signature: ___    Date Submitted: ___

**C. INFORMAL LEVEL** (Date Received: ___ )

Staff Response: ___

Staff Signature: ___    Date Returned to Inmate: ___

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

___

Signature: ___    Date Submitted: ___

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED    APR 27 2007    MAIL APPEALS BRANCH

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| SVSP d 06 03747 | | 13. ADA |

DPP Code is N/A                                    GTC-

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered
under the Americans With Disabilities Act.    Medical device - Knee strap / sleeve

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Richard Lawrence Isgrigg | K-78618 | E.O.P. | N/A | D2-122L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability
shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or
programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable
you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise
qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered
within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form
constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an inmate/Parolee Appeal Form (CDC 602) and complete section "F"
of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision
rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on
the CDC 602.                                                          RECD DEC 07 2006

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Patellofemoral Pain Syndrome on ® Knee which I had surgery
on and reinjured and still have Problems with chronic Pain

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

It's all in my medical file's from when I first got locked up
in October of 1997.

DESCRIBE THE PROBLEM:

I have Pain in my Knee behind the Knee-cap and a
Quadriceps muscle and I have a grinding and Poping sound in
it.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

I would Like for my infrapatellar strap and neoprene Knee
sleeve which the last Doctor in the begining of November
Perscribed for me as well as Physical Therapy to be given to me
to help make sure I don't reinjer my Knee ® again Like so many other
times I have. Thanks!

R.L. Isgrigg                                    12-06-06
INMATE/PAROLEE'S SIGNATURE                      DATE SIGNED

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Richard L. Issvigg III | K-78618 | D.M.H. | N/A | A-09 |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Damage to ® Knee from a bad Surgery done at Mantica General by request of CDCR.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

My medical file and my damaged ® Knee thats only got worse from having to walk on it with no support or aid or any other kind of Treatment thats being denied to me by CDCR spuciphiclly Salinas Valley State officeals.

DESCRIBE THE PROBLEM:

Theres a grinding and poping sound when I walk on it also theres no stabibility in my ® Knee also at the back of my left Knee at times something moves around and I cant straighten it fully for hours without Pain Shooting up & down my ® Leg.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

Per Plata v. Swarchnegger Im requesting Proper medical treament thats so far has been denied to me by medical staff and custody staff. I've been on a waiting list for a Pain concel and I've seen Dr. Bowmen already on a CDC 1824 with no improvements. I need Proper Pain medication.

R.L. Issrigg III                          8-22-07
INMATE/PAROLEE'S SIGNATURE              DATE SIGNED



## SALINAS VALLEY RADIOLOGISTS, INC.
### A MEDICAL GROUP
559 Abbott Street • Salinas, California 93901
Telephone (831) 775-6200



JAMES A. KOWALSKI, M.D.
DONALD A. CATALANO, M.D.
GILES A. DUESEKER, M.D.
MICHAEL E. BASSE, M.D.
DAVID A. STAUNTON, M.D.
GARY E. FALKOFF, M.D.
RICHARD A. VILLALOBOS, M.D.

CHRIS GLENN, M.D.
B. MSA HOSCHAMA, M.D.
Y-LAN HO, M.D.
BRUCE LIN, M.D.
ROY MARTINEZ, M.D.
F. SCOTT PERELES, M.D.

**PATIENT NAME**
RICHARD-K78618 ISGRIGG

**ACCOUNT NO**
9402163

**RADIOLOGY NUMBER**
9381119

**AT THE REQUEST OF**
RANDY SID MD
31625 HIGHWAY 101
SOLEDAD, CA 93960

**DATE OF BIRTH**
03/14/1974

**AGE/SEX**
32/M

**DATE OF SERVICE**
08/04/2006

The study was performed by an outside facility and the film submitted to Salinas Valley
Radiologists for interpretation.

**MRI LEFT KNEE WITHOUT CONTRAST**

**HISTORY:** Patient is a 32-year-old male status post surgery. Persistent pain.

**PROCEDURE:** The examination was performed using the 0.7T open field MRI system. Axial fat
suppressed T2W, sagittal intermediate weighting, sagittal fat suppressed T2W, and coronal T1 and fat
suppressed T2W.

**FINDINGS:** The osseous structures display anatomic alignment. There are post tunneling procedures of
the distal femur and proximal tibia consistent with anterior cruciate ligament repair. The metallic screws
display susceptibility artifact, mild in nature. No evidence of acute bone bruise or fracture is identified.
The patellar tendon and quadriceps tendon are without disruption or thickening. The reconstructed
anterior cruciate ligament prosthesis is without evidence of disruption. The posterior cruciate ligament
displays an unremarkable appearance.

The medial meniscus displays truncated appearance of the posterior horn consistent with tear and
normal appearance of the anterior horn. The lateral meniscus displays unremarkable appearance of the
anterior and posterior horn. The medial collateral ligament and lateral collateral ligament complex are
without abnormality. There is a moderate joint effusion. No significant chondromalacia is identified.
The medial and lateral retinaculum are without abnormality. There is no evidence of a Bakers cyst.

**IMPRESSION:**
1. Anterior cruciate ligament repair with prosthesis displaying no evidence of disruption.
2. Normal appearance of the posterior cruciate ligament and collateral ligaments.
3. Moderate joint effusion.
4. Truncated appearance posterior horn medial meniscus consistent with a grade III tear.

Thank you for referring your patient to us,

*P.S.*
*8/10/06*

** PRELIMINARY REPORT - NOT APPROVED BY PHYSICIAN **

REC'D AUG 10 2006

Patient:    **RICHARD-K78618 ISGRIGG**
D.O.B.:     **03/14/1974**
Account #:  **9402163**

**Continued: Page 2 of 2**

Roy Martinez, MD
RM/pa
8/9/06

R.S.
8/10/06

STATE OF CALIFORNIA                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858  (Rev. 10/06)


# RIGHTS AND RESPONSIBILITY STATEMENT


*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| R.L. Isasiga III | R.L. Isasiga | 3-11-09 | |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER | DATE SIGNED |
| R.L. Isasiga III | R.L. Isasiga III | K-78608 | 3-11-09 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

J. Dovey  Director of CDCR

I'm requesting a copy of that 602 I sent to you on January 2007 which you sent back to me March 2007.

I'm request for such a legal document a 602 on unlawfully Placing me in ad-seg in an instutition where Partys of Salinas Valley Knowningly Placed me in ad seg because such Partys new I had two enemy's in E OP and refused to transfer me which in so saying you were aware of all illegal misconduct of my Federal and State Right's, Rule's, & Regulation's.

As request of 602 which you sent back to me March 2007 Salinas valley Coustody Staff lost my Property So I have no copy of Said 602 above and am requesting a copy of Said 602 for Federal Prosecution Please, Thank you!

R.L. Isgrigg III
Richard L. Isgrigg III
D.M.H. Q-120 K-78618
P.O. Box 2000
Vacaville, CA 95696-2000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR FILING A COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §§ 1983**

I.      <u>**42 U.S.C. §§ 1983**</u>

You may file an action under 42 U.S.C. §§ 1983 to challenge federal constitutional or statutory violations by state actors which affect the conditions of your confinement.

A §§ 1983 action may not be used to challenge the length of your sentence or the validity of your conviction. Such claims must be addressed in a petition for a writ of habeas corpus, on the correct forms provided by the clerk of the court.

II.     <u>**Filing a §§ 1983 Action**</u>

To file a §§ 1983 action, you must submit: (1) an original complaint and (2) a check or money order for $350.00 <u>or</u> an original Prisoner's <u>In Forma Pauperis</u> Application.

This packet includes a complaint form and a Prisoner's <u>In Forma Pauperis</u> Application. When these forms are fully completed, mail the <u>originals</u> to: Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

III.    <u>**Filing Fees**</u>

Under the Deficit Reduction Act of 2005, the filing fee for a § 1983 action filed on or after April 9, 2006 has been increased to $350.00 from $250.00, to be paid at the time of filing. If you are unable to pay the full filing fee at this time, you may petition the court to proceed <u>in forma pauperis</u>, using the Prisoner's <u>In Forma Pauperis</u> Application in this packet. You must fully complete the application and sign and declare under penalty of perjury that the facts stated therein are true and correct.

Each plaintiff must submit his or her own Prisoner's <u>In Forma Pauperis</u> Application. You must use the Prisoner's <u>In Forma Pauperis</u> Application provided with this packet and not any other version.

IV.     <u>**Complaint Form**</u>

You must complete the entire complaint form. Your responses must be typewritten or legibly handwritten and you must sign and declare under penalty of perjury that the facts stated in the complaint are true and correct. Each plaintiff must sign the complaint.

Under 42 U.S.C. §§ 1997e, you are required to exhaust your administrative remedies before filing a §§ 1983 action; you must indicate clearly on the complaint form whether you have done so.

PrisonerCiv4-06.wpd

1  V.    **After Complaint Is Filed**

2       You will be notified as soon as the court issues any order in your case. It is your
   responsibility to keep the court informed of any changes of address to ensure you receive court
3  orders. Failure to so do may result in dismissal of your action.

4  VI.    **Repeat Filers**

5       If you are seeking leave to proceed in forma pauperis and, while incarcerated or detained,
   you have filed §§ 1983 actions on three or more prior occasions which were dismissed as
6  frivolous, malicious, or for failure to state a claim upon which relief may be granted, you may not
   file a new §§ 1983 action unless you are under imminent danger of serious physical injury. 28
7  U.S.C.
   §§ 1915(g).

8
   VII.    **Inquiries and Copying Requests**
9       Because of the large volume of cases filed by inmates in this court and very limited court
   resources, the court can no longer answer questions concerning the status of your case or provide
10 copies of documents, except at a charge of fifty cents ($0.50) per page. You must therefore keep
   copies of all documents submitted to the court for your own records.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PrisonerCiv4-06.wpd                                    - 2 -

Richard Kieffer III
FA-2-109 K-78618
P.O.Box 29000
CSP-Sacramento
Represa,CA 95671-0066

United States District Court
For The Northern District of California
450 Golden Gate AVE.
Box 36060
San Francisco, CA 94102

RECEIVED
APR 27 2009

$ 02.02

4-22-09